# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAULA BRANDL. : CIVIL ACTION
: NO. 10-03512
v. :
:
ACE USA, et al. :
:

## ORDER

AND NOW, this 14th day of January, 2011, upon consideration of the ACE defendants' motion to stay and to compel arbitration and all responses thereto, including plaintiff's motion for leave to file an amended answer to the ACE defendants' motion, it is ORDERED that:

1. The ACE defendants' motion is GRANTED;

2. Plaintiff is COMPELLED to arbitrate her claims against the ACE defendants in accordance with the arbitration procedures set forth in the ACE Employment Dispute Arbitration Policy; and

3. Plaintiff's claims are STAYED pending resolution of arbitration or further order of the Court.

4. Plaintiff's motion for leave to file an amended answer to defendant's motion to stay is DENIED as moot.

Upon consideration of the unopposed Rule 12 Motion of Defendant Life Insurance Company of North America, it is ORDERED that:

1. LINA's motion is GRANTED;

2. Plaintiff's Short Term Disability, Wage Payment and Collection Act and Breach of Contract claims against defendant LINA are DISMISSED;

3. Plaintiff's complaint against defendant Cigna Group Insurance is DISMISSED; and

4. Plaintiff's jury trial demand is STRICKEN with respect to her claims for benefits pursuant to ERISA Section 502(a)(1)(B).

It is FURTHER ORDERED that upon conclusion of the arbitration proceedings, plaintiff's counsel shall provide the court with a written status report identifying the outcome of the arbitration proceedings.

    s/Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.