IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULA BRANDL. | : | CIVIL ACTION |
| | : | NO. 10-03512 |
| v. | : | |
| | : | |
| ACE USA, et al. | : | |
| | : | |

## ORDER

AND NOW, this 7 day of February, 2011, upon consideration of plaintiff's motion for reconsideration and all responses thereto it is ORDERED that plaintiff's motion is DENIED.

_____
THOMAS N. O'NEILL, JR., J.